CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 08 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:13CR00059 |
| | ) | (Civil Action No. 7:17CV81241) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| SAMUEL LEWIS FENNELL, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The government's motion to dismiss (Docket No. 352) is **GRANTED**;

2. The defendant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Docket No. 346) is **DENIED**;

3. This action shall be **STRICKEN** from the active docket of the court; and

4. Finding that the defendant has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

DATED: This 8th day of January, 2018.

_____
Senior United States District Judge